PS 8D
(05/08)

March 29, 2018

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Petition for Warrant for Defendant on Pretrial Release

**Name of Defendant:** Ranea Norma Woodard (English)     **Dkt No.:** 3:17CR1337-01

**Reg. No.:** 61707-298

**Name of Judicial Officer:** The Honorable Janis L. Sammartino, U.S. District Judge
(Matter referred to the Honorable Peter C. Lewis, U.S. Magistrate Judge)

**Date Conditions Ordered:** May 4, 2017, before the Honorable Peter C. Lewis, U.S. Magistrate Judge

**Charged Offense:** 21:952,960 - Importation of Methamphetamine

**Conditions of Release:** Restrict travel to the Southern and Central of California; not to enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; submit to drug testing and/or treatment, as specified by the Pretrial Service Officer; submit to psychiatric and/or psychological counseling; and actively seek and maintain full-time employment, schooling, or combination both.

**Modification:** None

**Date Released on Bond:** June 14, 2017

**Next Court Hearing:** On February 2, 2018, the defendant was sentenced to 54 months custody followed by 3 years supervised release. The Court further ordered the defendant to self-surrender by March 23, 2018. On March 23, 2018, the Court granted an extension of her self-surrender to April 6, 2018. A status hearing re self surrender/bond exoneration hearing is set for April 13, 2018, before the Honorable Janis L. Sammartino, U.S. District Judge.

**Asst. U.S. Atty.:** Lara Alaine Stingley     **Defense Counsel:** Hootan Baigmohammadi (Appointed)
(619) 557-6244                                                                  (619) 234-8467

**Prior Violation History:** None

**Name of Defendant:** Ranea Norma Woodard            March 29, 2018
**Docket No.:** 3:17CR1337-01            Page 2

## PETITIONING THE COURT

## TO ISSUE A NO-BAIL BENCH WARRANT

The Pretrial Services officer believes the defendant has violated the following condition(s) of pretrial release:

| **CONDITION(S)** | **ALLEGATION(S) OF NONCOMPLIANCE** |
|---|---|
| **(Standard/Special Condition)** | |
| Not use or possess any narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, without a lawful prescription. | 1. On March 23, 2018, the defendant submitted a urine sample which screened positive for amphetamine use. |

***Grounds for Revocation:***
The undersigned reviewed the Order and Conditions of Pretrial Release signed by your Honor on May 5, 2017, which direct the defendant "not possess or use any narcotic drug or controlled substance without a lawful medical prescription." On June 16, 2017, the undersigned reviewed the conditions with the defendant and she acknowledged understanding her conditions of pretrial release.

On March 23, 2018, the defendant reported to Pretrial Services in San Diego after court and submitted a urine sample which screened positive for amphetamine use. The defendant further admitted using an illicit drug thought to be cocaine mixed with methamphetamine on March 22, 2018.

Case 3:17-cr-01337-JLS   Document 53   Filed 03/30/18   PageID.175   Page 3 of 4

PS 8D
(05/08)

| | |
|---|---|
| **Name of Defendant:** Ranea Norma Woodard | March 29, 2018 |
| **Docket No.:** 3:17CR1337-01 | Page 3 |

| CONDITION(S) | ALLEGATIONS(S) OF NONCOMPLIANCE |
|---|---|
| Not commit a federal, state, or local crime during the period of release | 2. On March 23, 2018, the defendant committed battery on her boyfriend in violation of California Penal Code 243 (E) (1), as evidenced by the San Diego County Sheriff's Department arrest report #18115611. |

### *Grounds for Revocation:*

The undersigned reviewed the Order and Conditions of Pretrial Release signed by your Honor on May 5, 2017, which direct the defendant "not commit a federal, state, or local crime during the period of release." On June 16, 2017, the undersigned reviewed the conditions with the defendant and she acknowledged understanding her conditions of pretrial release.

On March 28, 2018, the undersigned received and reviewed arrest report # 18115611 from the San Diego Sheriff's Department. My review of the report reveals the following: On March 23, 2018, at approximately 10:50 p.m., San Diego County Sheriff's Deputy Chase Fisher responded to a report of domestic violence at Pala Casino & Resort, in Pala, California. Upon arriving to the scene in the casino's parking structure, security staff had already separated a male subject and a female, later identified as Ranae Woodard. Deputy Fisher spoke with the defendant who reported she and her boyfriend, Eric Boettcher, had become involved in a verbal argument which escalated to the defendant spitting in her boyfriend's face. Deputy Fisher determined the defendant was the aggressor and placed her under arrest for domestic violence charges. The defendant was transported to the Vista Detention Facility, where she was booked for 243(e)(1) PC- Spousal Abuse.

The defendant was released on $10,000 bail the following day and is to appear at the Vista Superior Court on May 8, 2018, at 8:30 a.m.

### SUPERVISION ADJUSTMENT
Ranae Norma Woodard commenced pretrial supervision on June 14, 2017. While on bond, the defendant reported as directed, maintained employment, and complied with conditions of release. Unfortunately, the defendant sustained a new arrest with pending misdemeanor charges and admitted using illicit drugs while on bond. With this considered, Pretrial Services views the defendant's supervision adjustment as poor.

**Name of Defendant:** Ranea Norma Woodard  March 29, 2018
**Docket No.:** 3:17CR1337-01  Page 4

## RECOMMENDATION/JUSTIFICATION

In light of the information provided, Pretrial Services respectfully recommends your Honor issue a No Bail Bench Warrant for the defendant's arrest so she can be brought before the Court and show cause why her bond should not be revoked.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** 3-29-18

Respectfully submitted:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by _____
Gilbert Ramirez
U.S. Pretrial Services Officer
(760) 339-4228
Place: El Centro, California

Reviewed and approved:

_____
Carlos Gutiérrez
Supervising U.S. Pretrial Services Officer

## THE COURT ORDERS:

__✓__ **AGREE,** ISSUE A NO BAIL BENCH WARRANT FOR THE DEFENDANT'S ARREST AND ORDER HER TO SHOW CAUSE WHY HER BOND SHOULD NOT BE REVOKED.

_____ Other _____

_____
The Honorable Peter C. Lewis
U.S. Magistrate Judge

3/29/2018
Date