1  **JUAN CABRALES**
   California State Bar No. 352220
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Juan_Cabrales@fd.org
5

6  Attorneys for Defendant

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | CASE NO.:   17-CR-01337-JLS |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE AS LEAD COUNSEL** |
| RANAE NORMA WOODARD, | |
| Defendant. | |

   Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Juan Cabrales, Federal Defenders of San Diego, Inc., hereby gives notice that he is lead counsel in the above-captioned case.

                                        Respectfully submitted,

   Dated:  April 22, 2024          *s/ Juan Cabrales*
                                   Federal Defenders of San Diego, Inc.
                                   Attorneys for Defendant
                                   Email:  Juan_Cabrales@fd.org