# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 17-cr-01337-JLS |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Ranae Norma Woodard | Booking No. 61707298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  5/2/2024

the Court entered the following order:

____  Defendant be released from custody.

____  Defendant placed on supervised / unsupervised probation / supervised release.

____  Defendant continued on supervised / unsupervised probation / supervised release.

__X__  Defendant released on  $5,000 P/S  Bond posted.

____  Defendant appeared in Court.  FINGERPRINT & RELEASE.

____  Defendant remanded and ( ____  bond ) ( ____  bond on appeal ) exonerated.

____  Defendant sentenced to TIME SERVED, supervised release for ____ years.

____  Bench Warrant Recalled.

____  Defendant forfeited collateral.

____  Case dismissed.

____  Case dismissed, charges pending in case no.

____  Defendant to be release to Pretrial Services for electronic monitoring.

__X__  Other.  Defendant not in USM custody. Defendant released in Central District of California on 4/19/2024


ALLISON H. GODDARD

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by   T. Lee   x. 7749

Crim-9 (Rev. 09/23)
Original

**Trina Lee**

| | |
|---|---|
| **From:** | CAS Releases <CAS.Releases@usdoj.gov> |
| **Sent:** | Friday, May 3, 2024 8:15 AM |
| **To:** | Trina Lee |
| **Subject:** | Read: Abstract Ranae Norma Woodard 17cr1337 |
| **Attachments:** | Read: Abstract Ranae Norma Woodard 17cr1337 |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.