AO 442

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Ranae Norma Woodard

**WARRANT FOR ARREST**

61707.298

Case Number: 17cr1337-JLS

**FILED**
MAY 06 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Ranae Norma Woodard___
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense):
Failure to Appear at I/A Re: Revocation of SR on 4/19/2024

DATE: 04/22/2024
ARRESTED BY: m Cart

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: [signature]

In violation of Title ___See Above___ United States Code, Section(s) _____

John Morrill
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

s/ A. Episcopo
Signature of Deputy

4/19/2024 San Diego CA
Date and Location

Bail fixed at $ ___No Bail___ by ___The Honorable Barbara Lynn Major___
                                            Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |