# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 17CR1337-JLS |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| RANAE NORMA WOODARD | Booking No. 61707298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **6/28/2024** the Court entered the following order:

____  Defendant be release from custody.

____  Defendant placed on supervised / unsupervised probation / supervised release.

____  Defendant continued on supervised / unsupervised probation / supervised release.

____  Defendant released on _____ Bond posted.

____  Defendant appeared in Court. FINGERPRINT & RELEASE.

**X**  Defendant remanded and ( **X** bond ) ( ____ bond on appeal ) exonerated.

____  Defendant sentenced to TIME SERVED, supervised release for ____ years.

____  Bench Warrant Recalled.

____  Defendant forfeited collateral.

____  Case dismissed.

____  Case dismissed, charges pending in case no.

____  Defendant to be release to Pretrial Services for electronic monitoring.

____  Other.

Janis L. Sammartino
UNITED STATES DISTRICT JUDGE
OR
JOHN MORRILL, Clerk of Court
by   Adrianna Garcia ext. 5291

Crim-9 (Rev. 09/23)
Original

| | |
|---|---|
| **From:** | S., A (USMS) |
| **To:** | A. Garcia |
| **Sent:** | Friday, June 28, 2024 10:47 AM |
| **Subject:** | Read: Abstract; 17cr1337-JLS (Woodard) |

Your message

  To: CAS Releases
  Subject: [EXTERNAL] Abstract; 17cr1337-JLS (Woodard)
  Sent: Friday, June 28, 2024 10:34:51 AM (UTC-08:00) Pacific Time (US & Canada)

was read on Friday, June 28, 2024 10:47:13 AM (UTC-08:00) Pacific Time (US & Canada).