**HOLLY A. SULLIVAN**
California State Bar No. 216376
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: holly_sullivan@fd.org

Attorneys for Defendant, Ms. Woodard

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RANAE NORMA WOODARD,<br><br>    Defendant. | CASE NO. 17-CR-01337-JLS<br><br>**NOTICE OF APPEARANCE AS<br>CO- COUNSEL** |

   Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Holly Sullivan, Federal Defenders of San Diego, Inc., hereby gives notice that she is **co-counsel** in the above-captioned case. **Juan Martin Cabrales** shall remain as lead counsel.

                                    Respectfully submitted,

Dated: July 15, 2024           *s/ Holly A. Sullivan*
                                    **HOLLY A SULLIVAN**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Defendant