MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

USA VS Ranae Norma Woodard

Case Number: 17cr1337-JLS     WITNESS LIST     Evidentiary Hearing

| DATE | PLF | DEF | WITNESS NAME |
|---|---|---|---|
| 8/6/2024 | X | | Ito Vidana – U.S. Probation Officer, Central District of California (telephonic) (Direct Examination) |
| 8/6/2024 | X | | Brent Miller, San Bernardino Sheriff's Department (Direct Examination) |
| 8/6/2024 | | X | Brent Miller, San Bernardino Sheriff's Department (Cross Examination) |
| 8/6/2024 | X | | Brent Miller, San Bernardino Sheriff's Department (Re-Direct) |
| 8/6/2024 | | X | Brent Miller, San Bernardino Sheriff's Department (Re-Cross) |
| 8/6/2024 | X | | Brent Miller, San Bernardino Sheriff's Department (Re-Direct) |
| 8/6/2024 | | X | Tina Woodard – Ms. Woodward's mother (Direct Examination) |
| 8/6/2024 | X | | Kayla Lynn McAfee – Ms. Woodard's daughter |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | Analya Sanchez, Federal Defender's Investigator |
| | | | |
| | | | |