MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

USA VS Ranae Norma Woodard

Case Number: 17cr1337-JLS

EXHIBIT LIST

Contested Revocation of Supervised Release (Evidentiary Hearing)

X Plaintiff ___ Defendant ___ Court

| No. | Date I.D. | Date Rec'vd | Description |
|---|---|---|---|
| | | | **GOVERNMENTS EXHIBIT LIST** |
| 1. | 8/6/2024 | 8/6/2024 | Email from Defendant to Ito Vidana with Subject "Re: Federal Probation Acknowledgement of Supervised Release Conditions" sent January 26, 2022. |
| 2. | 8/6/2024 | 8/6/2024 | Copy of Defendant's Judgement in this case (dkt. 50) signed by Defendant and Ito Vidana on May 9, 2022. |
| 3. | 8/6/2024 | 8/6/2024 | Picture of Defendant's Black Lexus parked outside of the trailer on April 5, 2023. |
| 4. | 8/6/2024 | 8/6/2024 | CD-R containing audio file B0882842.WMA, a 1:44:14 surreptitious recording of Defendant and S.B. speaking to one another immediately after their detention on April 5, 2023. |
| 5. | 8/6/2024 | 8/6/2024 | CD-R containing audio file 0718 AUDIO 2.WMA, a 40:52 recording of Defendant's statement to Deputy Miller after the search was conducted within the trailer. |
| 6. | 8/6/2024 | 8/6/2024 | Picture of the interior wall of the front room showing Defendant's two iPhones on the corner of a brown leather ottoman, next to a coffee table with the Smith & Wesson M&P 40 handgun. |
| 7. | 8/6/2024 | 8/6/2024 | Picture of the front room showing the brown leather ottoman, coffee table, and brown leather sofa with an Anderson Manufacturing AM-15 .223 rifle on the far cushion. |
| 8. | 8/6/2024 | 8/6/2024 | Picture of the coffee table with the Smith & Wesson M&P 40 handgun. |

| | | | |
|---|---|---|---|
| 9. | 8/6/2024 | 8/6/2024 | Picture of the Smith & Wesson M&P 40 handgun with the clip removed and showing it loaded with live rounds |
| 10. | 8/6/2024 | 8/6/2024 | Picture of the Anderson Manufacturing AM-15 .223 rifle, loaded clip, and a USB charger and cord on the sofa cushion. |
| 11. | 8/6/2024 | 8/6/2024 | Picture of the Anderson Manufacturing AM-15 .223 rifle in the evidence room of the San Bernardino Sheriff's Department with a measuring tape showing its total length to be approximately 23". |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |