# DEFENSE EXHIBITS
## 17-cr-01337-JLS; USA v. Woodard

| Let. | Description | Date Marked | Date Admitted |
|------|-------------|-------------|---------------|
| A | S. Buckwald Minute Order | 8/6/2024 | |
| B | S. Buckwald Signed Declaration | 8/6/2024 | |
| C | DMV Docs | | |
| D | IMG Inside Trailer with Bar and Saddles | | |
| E | IMG Kitchen | | |
| F | IMG Lighter Collection | | |
| G | Main ROI | | |
| H | IMG One Side of Living Room | | |
| I | IMG Other Living Room Angle | | |
| J | IMG Outside Trailer | | |
| K | IMG Parents Gun Safe | | |
| L | IMG Parents Guns | 8/6/2024 | |
| M | PC Dec Lead Officer | | |
| N | Prelim Drug Rpt No Lab Rpt | | |
| O | IMG Ranea Face Bruise | | |
| P | IMG Ranea Face Bruise 3 Screenshot | 8/6/2024 | |
| Q | RV Rental Agreement | | |

*United States v. Woodard*

| Let. | Description | Date Marked | Date Admitted |
|------|-------------|-------------|---------------|
| R | AUD msg0064 | | |
| S | VID Woodard Clip | 8/6/2024 | |
| T | IMG Bathroom | 8/6/2024 | 8/6/2024 |
| U | IMG Bedroom Pic | | |
| *V* | *See video clip list* | | |
| W | First letter to Sean Buckwald | | |
| X | Second letter to Sean Buckwald | | |
| Y | Investigator Report AXS | | |
| Z | RE_ Woodard, Ranae N. 17CR01337_ Writ of Heabeas Corpus for 7_23_2024 at 9_00am | | |
| AA | Woodard redacted Search Warrant | | |
| BB | | | |
| CC | | | |
| DD | | | |
| EE | | | |
| FF | | | |
| GG | | | |
| HH | | | |
| II | | | |
| JJ | | | |

| | | | |
|---|---|---|---|
| KK | | | |
| LL | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*United States v. Woodard*