PROB 12B  
(08/16)

February 21, 2025  
pacts id: 3551873

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Ranae Norma Woodard (English)    **Dkt. No.:** 17CR01337-001-JLS

**Name of Sentencing Judicial Officer:** The Honorable Janis L. Sammartino, U.S. District Judge

**Sentence:** Nine months' custody, followed by two years' supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Revocation Sentence:** August 6, 2024

**Date Supervised Release to Commence:** March 16, 2025

**Prior Violation History:** None.

---

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

**(Special Condition)**
Abstain from the use of any and all alcohol, and not be present in (or frequent) places where alcohol is the main item of sale.

PROB12B
Name of Offender: Ranae Norma Woodard                                                February 21, 2025
Docket No.: 17CR01337-001-JLS                                                                        Page 2

## CAUSE

Ms. Woodard is currently completing her custodial term and is set to release from custody on March 16, 2025. Our office is requesting the conditions of supervised release be modified to include: abstain from the use of any and all alcohol, and not be present in (or frequent) places where alcohol is the main item of sale. Ms. Woodard would like to reside with her sister in Arizona upon her release. The District of Arizona requested the addition of the above noted condition, so she can be more effectively supervised in that district.

In view of the above, it is respectfully recommended that Ms. Woodard's conditions of supervised release be modified. Attached for your review is a Waiver of Hearing form signed by the offender, in which she assents to the proposed modification of her conditions of supervised release.

Respectfully submitted:                                            Reviewed and approved:

by: _[signature]_                                                  _[signature]_

Erin W. Fairley                                                    Crystal Tignor
U.S. Probation Officer                                             Supervisory U.S. Probation Officer
(619) 446-3843
                                                                                                          mac
Attachments:

---

**THE COURT ORDERS:**

__X__   THE MODIFICATION OF CONDITIONS AS NOTED ABOVE

_____   OTHER _____

_____

_[signature: Janis L. Sammartino]_                                 02/21/2025

The Honorable Janis L. Sammartino                                  Date
U.S. District Judge