PROB 12B  
(08/16)

April 21, 2025  
pacts id: 3551873

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Ranae Norma Woodard (English)     **Dkt. No.:** 17CR01337-001-JLS

**Name of Sentencing Judicial Officer:** The Honorable Janis L. Sammartino, U.S. District Judge

**Sentence:** 9 months' custody; 2 years' supervised release *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Revocation Sentence:** August 6, 2024

**Date Supervised Release Commenced:** February 28, 2025

**Modification:** On February 21, 2025, the conditions of supervised release were modified to include abstain from alcohol consumption.

**Prior Violation History:** Yes. See prior court correspondence.

---

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

You must submit to substance abuse testing. You must not attempt to obstruct or tamper with the testing methods. You must contribute to the cost of testing in an amount to be determined by the probation officer.

PROB12B

Name of Offender: Ranae Norma Woodard  April 21, 2025
Docket No.: 17CR01337-001-JLS  Page 2

## CAUSE

Ms. Woodward has been supervised by the District of Arizona since her term of supervised release commenced. The supervising probation officer reviewed her Judgment and Commitment order and noticed there is no testing condition and is respectfully requesting for it to be added to Ms. Woodward's conditions of supervision. Ms. Woodward agrees to the modification, as evidence by her signature on the Waiver of Hearing form.

Respectfully submitted:  Reviewed and approved:

by: *Irving Medina*  *Marc W. Ryan*

Irving Medina  Marc W. Ryan
US Probation Support Technician  Supervisory U.S. Probation Officer
(760) 554-2280

fyf

Attachments:

### THE COURT ORDERS:

__X__  THE MODIFICATION OF CONDITIONS AS NOTED ABOVE

_____  OTHER _____

_____

*Janis L. Sammartino*  04/21/2025

The Honorable Janis L. Sammartino  Date
U.S. District Judge